## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE

**BOB FAUSZ,**

     **Plaintiff,**

                           3:14-CV-840-H

**v.**

**CONVERGENT OUTSOURCING, INC.,**

     **Defendant.**

-------------------------------------------------------------------------------------------------------------------

### NOTICE OF REMOVAL

-------------------------------------------------------------------------------------------------------------------

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, by counsel, hereby removes the above-captioned action from the Jefferson Circuit Court to the United States District Court, Western District of Kentucky at Louisville on the following grounds:

1.     Plaintiff filed this action against Defendant in the Jefferson Circuit Court, Case No. 14CI005529, on October 24, 2014.

2.     Plaintiffs' Complaint (attached hereto as Exhibit A) alleges claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*.

3.     On October 29, 2014, a copy of the Summons and Complaint was served on Defendant (summons attached hereto as Exhibit B).  Therefore, this removal is timely pursuant to 28 U.S.C. § 1446(b), having been made and filed within thirty days of receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which jurisdiction is based.

4.     The United States District Court for the Western District of Kentucky has federal question jurisdiction over this case pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint is based on alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq*.

5.     Plaintiff also raises certain claims in his Complaint arising under state law over which

this Court has supplemental jurisdiction pursuant to 28 U.S.C. §§ 1367 and 1441(c).

PLEASE TAKE FURTHER NOTICE that Defendant will also file copies of this Notice with the

Clerk of the Jefferson Circuit Court pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,


/s/Boyd W. Gentry
Boyd W. Gentry (0071057)
LAW OFFICE OF BOYD W. GENTRY, LLC
2661 Commons Blvd., Suite 100
Beavercreek, Ohio 45431
Telephone: (937)839-2881
Facsimile:  (800)839-5843
E-Mail: bgentry@boydgentrylaw.com
*Trial Attorney for Defendant*


## CERTIFICATE OF SERVICE

I certify that the foregoing document was served to the following via first class mail, postage prepaid on November 27, 2014:

CRAIG HENRY PLC
239 South Fifth Street, Suite 1400
Louisville, Kentucky 40202
Telephone: (502) 614-5962
Facsimile: (502) 614-5968
ztaylor@craighenrylaw.com
Counsel for Plaintiff Bob Fausz


/s/Boyd W. Gentry
Boyd W. Gentry (0071057)