| | | |
|---|---|---|
| AOC-105  Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | JEFFERSON CIRCUIT COURT<br>DIVISION ONE (1)<br>Case No. 14 CI 005529<br>Court ☑ Circuit ☐ District<br>County Jefferson |

**PLAINTIFF**

Bob                                      Fausz

VS.

**DEFENDANT**

Convergent Outsourcing, Inc.

**Service of Process Agent for Defendant:**
C T Corporation System

306 W Main St., Suite 512

Frankfort                                      Kentucky                    40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you** or by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: OCT 24 2014

DAVID L. NICHOLSON, CLERK

By: _D. Sayla_ _____Clerk
                                                        D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title