UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

_____

| | |
|---|---|
| BOB FAUSZ, | CASE NO. 3:14-cv-00840-JGH |
|     Plaintiff, | |
| vs. | Judge John G. Heyburn, II |
| CONVERGENT OUTSOURCING, INC., | |
|     Defendant. | |

_____

**Notice of Settlement**

_____

Please be advised the parties have reached an agreement to settle the Plaintiff's claims. Upon consummation of the agreement, the parties will submit an agreed order dismissing this action.

    Respectfully submitted,

    ZACHARY L. TAYLOR

    */s/ Zachary Taylor*
    9900 Corporate Campus Drive, Suite 3000
    Louisville, Kentucky 40223
    Phone: (502) 822-2500
    Facsimile: (502) 631-9680
    Email: ztaylor@taylorlawcenter.com
    *Counsel for Plaintiff*

    */s/ Boyd W. Gentry (with permission)*
    Boyd W. Gentry
    Law Office of Boyd W. Gentry, LLC
    2661 Commons Blvd., Suite 100
    Beavercreek, Ohio 45431
    Phone: (937) 839-2881
    Facsimile: (800) 839-5843
    Email: Bgentry@boydgentrylaw.com
    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

    It is hereby certified a true and correct copy hereof will be served on this the 29th day of April, 2015 to all counsel of record via the Court's ECF/CM filing system.

                                          /s/ Zachary Taylor
                                          Zachary Taylor